**08 C 1387**

## VERIFICATION

I, Richard Garza, hereby verify that I have authorized the filing of the attached Complaint, that I have reviewed the Complaint, and that the facts therein are true and correct to the best of my knowledge, information and belief. I declare under penalty of perjury that the foregoing is true and correct.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE BROWN**

DATE: 2-27-08

*Richard Garza*
**RICHARD GARZA**