**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: **08 C 1387** |
|---|---|
| RICHARD GARZA, Plaintiff | |
| V. | |
| Y. MARC BELTON, et al Defendants | |
| and | |
| NAVISTAR INTERNATIONAL CORPORATION, Nominal Defendant | **JUDGE GOTTSCHALL** **MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD GARZA, Derivatively on Behalf of Nominal Defendant NAVISTAR INTERNATIONAL CORPORATION

| NAME (Type or print) |
|---|
| Debra Miller |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Debra Miller* |

| FIRM David B. Kahn & Associates, Ltd. |
|---|

| STREET ADDRESS |
|---|
| One Northfield Plaza, Suite 100 |

| CITY/STATE/ZIP |
|---|
| Northfield, IL 60093 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205477 | (847) 501-5083 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |