**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                   Case Number: **08 C 1387**

RICHARD GARZA, Plaintiff
    V.
Y. MARC BELTON, et al Defendants
  and
NAVISTAR INTERNATIONAL CORPORATION, Nominal Defendant

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD GARZA, Derivatively on Behalf of Nominal Defendant NAVISTAR INTERNATIONAL CORPORATION

| | |
|---|---|
| NAME (Type or print) David Kahn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ David B. Kahn | |
| FIRM David B. Kahn & Associates, Ltd. | |
| STREET ADDRESS One Northfield Plaza, Suite 100 | |
| CITY/STATE/ZIP Northfield, IL 60093 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1381628 | TELEPHONE NUMBER (847) 501-5083 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |