## CERTIFICATE OF SERVICE

I, Debra H. Miller, an attorney, certify that on May 6, 2008, I caused true and correct copies of the attached STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE REGARDING RESPONDING TO PLAINTIFFS' SHAREHOLDER DERIVATIVE COMPLAINT to be served upon the following persons by placing same in the United States mail in Northfield, Illinois, postage prepaid:

Cary Perlman
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Patrick S. Coffey
Locke Lord Bissel & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

_____
Debra H. Miller

David B. Kahn & Associates, Ltd.
Debra Miller
One Northfield Plaza, Suite 100
Northfield, IL 60093
(847) 501-5083