UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GARZA, Individually, on Behalf of All Others Similarly Situated, and Derivatively on Behalf of Nominal Defendant NAVISTAR INTERNATIONAL CORPORATION,<br><br>      Plaintiffs,<br><br>v.<br><br>Y. MARC BELTON, EUGENIO CLARIOND, JOHN D. CORRENTI, ABBIE J. GRIFFIN, MICHAEL N. HAMMES, JAMES H. KEYES, ROBERT C. LANNERT, SOUTHWOOD J. MORCOTT, DANIEL C. USTIAN, and MARK T. SCHWETSCHENAU,<br><br>      Defendants,<br><br>and<br><br>NAVISTAR INTERNATIONAL CORPORATION<br><br>      Nominal Defendant. | No. 08 C 1387 |

**STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE REGARDING RESPONDING TO PLAINTIFFS'
SHAREHOLDER DERIVATIVE COMPLAINT**

WHEREAS, on March 7, 2008, Plaintiffs filed a Shareholder Derivative Complaint ("Complaint");

WHEREAS, Defendants Y. Marc Belton, Eugenio Clariond, John D. Correnti, Abbie J. Griffin, Michael N. Hammes, James H. Keyes, Robert C. Lannert, Southwood J. Morcott and Mark T. Schwetschenau (the "Individual Defendants") and Nominal Defendant Navistar

International Corporation ("Navistar" or the "Company") intend to accept service of the Complaint;

WHEREAS, counsel for Plaintiffs has conferred with counsel for the Individual Defendants and counsel for the Company regarding the submission to the Court of a proposed briefing schedule, and have agreed to such a schedule as set forth below;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their counsel of record:

1. Defendants shall answer or otherwise respond to the Complaint on or before June 26, 2008;

2. In the event that Defendants file a motion directed to the Complaint, Plaintiff shall file any opposition to such motions within 45 days after the filing of Defendants' response to the Complaint; and

3. Should Defendants elect to submit replies in support of any motions directed to the Complaint, such replies shall be filed within 30 days after the filing of Plaintiff's opposition to such motions.

Dated: May 6, 2008

Respectfully submitted,

DAVID B. KAHN & ASSOCIATES, LTD.

_____
David B. Kahn
Mark King
Debra Miller
One Northfield Plaza, Suite 100
Northfield, Illinois 60093
Telephone: (847) 501-5083
Facsimile: (847) 501-5086

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Michael C. Wagner
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*


LATHAM & WATKINS LLP

_____
Cary Perlman
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nominal Defendant Navistar International Corporation and Individual Defendants Y. Marc Belton, Eugenio Clariond, John D. Correnti, Abbie J. Griffin, Michael N. Hammes, James H. Keyes, Robert C. Lannert and Southwood J. Morcott*


LOCKE LORD BISSEL & LIDDELL LLP

_____
Patrick S. Coffey
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

*Attorneys for Individual Defendant Mark T. Schwetschenau*

3

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: May _____, 2008

_____
Gottschall, J.