# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Richard Garza

                Plaintiff,

v.                                          Case No.: 1:08−cv−01387
                                                      Honorable Joan B. Gottschall

Y. Marc Belton, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: ( Status hearing set for 5/7/2008 is stricken and reset to 7/2/2008 at 09:30 AM.) Defendants shall answer or otherwise respond to the Complaint on or before June 26, 2008. In the event that Defendants file a motion directed to the Complaint, Plaintiff shall file any opposition to such motions within 45 days. Defendants may file replies in support within 30 days after the filing of Plaintiff's opposition. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.