**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Richard Garza, et al.,<br>        v.<br>Y. Marc Belton, et al., | Case Number: 08 C 1387 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Y. Marc Belton, Eugenio Clariond, John D. Correnti, Abbie J. Griffin, Michael N. Hammes, James H. Keyes, Robert C. Lannert, Southwood J. Morcott, Daniel C. Ustian, Navistar International Corporation

| |
|---|
| NAME (Type or print)<br>Sean M. Berkowitz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/  Sean M. Berkowitz |
| FIRM<br>Latham & Watkins LLP |
| STREET ADDRESS<br>5800 Sears Tower, 233 South Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209701 | TELEPHONE NUMBER<br>(312) 876-7700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐