IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RICHARD GARZA, individually and on behalf of all others similarly situated, and derivatively on behalf of nominal defendant NAVISTAR INTERNATIONAL CORPORATION,** )<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | **Case No. 08-cv-01387** |
| v. ) | |
| ) | |
| **Y. MARC BELTON, EUGENIO CLARIOND, JOHN D. CORRENTI, ABBIE J. GRIFFIN, MICHAEL N. HAMMES, JAMES H. KEYES, ROBERT C. LANNERT, SOUTHWOOD J. MORCOTT, DANIEL C. USTIAN, MARK T. SCHWETSCHENAU,** )<br>)<br>)<br>)<br>)<br>)<br>) | **Judge Joan B. Gottschall**<br><br>**Magistrate Judge Geraldine Soat Brown** |
| **Defendants,** ) | |
| and ) | |
| **NAVISTAR INTERNATIONAL CORPORATION,** )<br>) | |
| **Nominal Defendant.** ) | |

## NOTIFICATION AS TO AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the General Rules of the United States District Court for the Northern District of Illinois, Defendant Navistar International Corporation hereby discloses that it has no publicly held affiliates, as that term is defined under Local Rule 3.2.

Dated: May 6, 2008                                Respectfully submitted,

                                                                /s/Cary R. Perlman
                                                                One of the Attorneys for Defendants
                                                                Navistar International Corporation, Y. Marc
                                                                Belton, Eugenio Clariond, John D. Correnti,
                                                                Abbie J. Griffin, Michael N. Hammes, James H.
                                                                Keyes, Robert C. Lannert, Southwood J.
                                                                Morcott, and Daniel C. Ustian

CH\997845.1

                    Sean M. Berkowitz
                    Cary R. Perlman
                    Mark S. Mester
                    Robin M. Hulshizer
                    Matthew L. Kutcher
                    Catherine K. Dick
                    LATHAM & WATKINS LLP
                    Sears Tower, Suite 5800
                    233 South Wacker Drive
                    Chicago, Illinois 60606
                    Phone: (312) 876-7700
                    Fax: (312) 993-9767

CH\997845.1