**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1387 |
|---|---|
| Richard Garza, et al., v. Y. Marc Belton, et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Y. Marc Belton, Eugenio Clariond, John D. Correnti, Abbie J. Griffin, Michael N. Hammes, James H. Keyes, Robert C. Lannert, Southwood J. Morcott, Daniel C. Ustian, Navistar International Corporation

| NAME (Type or print) |
|---|
| Catherine K. Dick |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Catherine K. Dick |
| FIRM |
| Latham & Watkins LLP |
| STREET ADDRESS |
| 5800 Sears Tower, 233 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292702 | (312) 876-7700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐