U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 cv 1387
RICHARD GARZA, et.al.,
    Plaintiff
v.
Y. MARC BELTON, et.al. and NAVISTAR International Corporation,
    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARK T. SCHWETSCHENAU

| NAME (Type or print) |
| --- |
| Patrick S. Coffey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Patrick S. Coffey |

| FIRM |
| --- |
| Locke Lord Bissell & Liddell LLP |

| STREET ADDRESS |
| --- |
| 111 South Wacker Drive |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6188134 | (312) 443-1802 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |