**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD GARZA, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of Nominal Defendant NAVISTAR INTERNATIONAL CORPORATION,** | ) ) ) ) ) ) | |
| **Plaintiff,** | ) | |
| v. | ) ) | **Case No. 08-cv-01387** |
| **Y. MARC BELTON, EUGENIO CLARIOND, JOHN D. CORRENTI, ABBIE J. GRIFFIN, MICHAEL N. HAMMES, JAMES KEYES, SOUTHWOOD MORCOTT, DANIEL USTIAN, and MARK T. SCHWETSCHENAU,** | ) ) ) ) ) ) ) ) | **Judge Joan B. Gottschall**  **Magistrate Judge Geraldine Soat Brown** |
| **Defendants,** | ) | |
| and | ) ) | |
| **NAVISTAR INTERNATIONAL CORPORATION,** | ) ) | |
| **Nominal Defendant** | ) | |

**AGREED MOTION TO STAY CASE PENDING DISPOSITION OF
MOTIONS TO DISMISS IN SECURITIES CLASS ACTION**

    For the reasons set forth more fully in the Joint Stipulation and Proposed Order being submitted herewith, Defendants Y. Marc Belton, Eugenio Clariond, John D, Correnti, Abbie J. Griffin, Michael N. Hammes, James Keyes, Southwood Morcott, Daniel Ustian and Nominal Defendant Navistar hereby move this Court to stay this case pending the disposition of the motions to dismiss in the securities class action before the Honorable Robert W. Gettleman in <u>Norfolk County Retirement System, et al. v. Daniel C. Ustian, et al.</u>, Civil Action No. 07-7014 (N.D. Ill.). Per the attached stipulation, Plaintiff Richard Garza has agreed to this motion.

    WHEREFORE, Defendants respectfully request that this Court grant its motion to stay the case pending the disposition of the motion to dismiss in the securities class action, as set forth in the attached Joint Stipulation and Proposed Order. Defendants further request whatever other relief the Court deems appropriate.

Dated: June 25, 2008

/s/Sean M. Berkowitz
One of the Attorneys for Defendants Y. Marc Belton, Eugenio Clariond, John D, Correnti, Abbie J. Griffin, Michael N. Hammes, James Keyes, Southwood Morcott, Daniel Ustian and Nominal Defendant Navistar International Corporation

Laurence H. Levine
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Matthew L. Kutcher
Catherine K. Dick
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767