# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **RICHARD GARZA, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of Nominal Defendant NAVISTAR INTERNATIONAL CORPORATION,** | )<br>)<br>)<br>)<br>)<br>) |
| **Plaintiff,**<br>v. | )<br>)<br>) **Case No. 08-cv-01387**<br>) |
| **Y. MARC BELTON, EUGENIO CLARIOND, JOHN D. CORRENTI, ABBIE J. GRIFFIN, MICHAEL N. HAMMES, JAMES KEYES, SOUTHWOOD MORCOTT, DANIEL USTIAN, and MARK T. SCHWETSCHENAU,** | )<br>) **Judge Joan B. Gottschall**<br>)<br>) **Magistrate Judge Geraldine Soat Brown**<br>)<br>)<br>) |
| **Defendants,**<br>and | )<br>)<br>) |
| **NAVISTAR INTERNATIONAL CORPORATION,** | )<br>) |
| **Nominal Defendant** | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Joan B. Gottschall of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and will then and there present the **AGREED MOTION TO STAY CASE PENDING DISPOSITION OF MOTIONS TO DISMISS IN SECURITIES CLASS ACTION,** a copy of which is enclosed herewith.

Dated:  June 25, 2008

Respectfully submitted,

/s/Sean M. Berkowitz
One of the Attorneys for Defendants Y. Marc Belton, Eugenio Clariond, John D, Correnti, Abbie J. Griffin, Michael N. Hammes, James Keyes, Southwood Morcott, Daniel Ustian and Nominal Defendant Navistar International Corporation

| | |
|---|---|
| Laurence H. Levine | Sean M. Berkowitz |
| LAURENCE H. LEVINE LAW OFFICES | Cary R. Perlman |
| 190 South LaSalle Street, Suite 3120 | Mark S. Mester |
| Chicago, Illinois  60603 | Robin M. Hulshizer |
| Phone: (312) 291-7000 | Catherine K. Dick |
| Fax: (312) 291-7015 | LATHAM & WATKINS LLP |
| | Sears Tower, Suite 5800 |
| | 233 South Wacker Drive |
| | Chicago, Illinois 60606 |
| | Phone: (312) 876-7700 |
| | Fax: (312) 993-9767 |