## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1387 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Garza vs. Y. Marc Belton, et al | | |

**DOCKET ENTRY TEXT**

Agreed motion to stay case pending disposition of motions to dismiss in securities class action [20] is granted.  Enter Joint Stipulation and Proposed Order to Stay Case Pending Disposition of Motions to Dismiss in Securities Class Action.  Status hearing set for 7/2/2008 is stricken.  It is hereby ordered that this case is stayed pending a decision on motions to dismiss in <u>Norfolk County Retirement System, et al v. Daniel C. Ustian, et al.,</u> Civil Action No. 07-7014 (N.D. Ill).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|