IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GARZA, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of Nominal Defendant NAVISTAR INTERNATIONAL CORPORATION,<br><br>            Plaintiff,<br>v.<br><br>Y. MARC BELTON, EUGENIO CLARIOND, JOHN D. CORRENTI, ABBIE J. GRIFFIN, MICHAEL N. HAMMES, JAMES KEYES, SOUTHWOOD MORCOTT, DANIEL USTIAN, and MARK T. SCHWETSCHENAU,<br><br>            Defendants,<br>    and<br><br>NAVISTAR INTERNATIONAL CORPORATION,<br>            Nominal Defendant | Case No. 08-cv-01387<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Geraldine Soat Brown |

JOINT STIPULATION AND PROPOSED ORDER
TO STAY CASE PENDING DISPOSITION OF MOTIONS TO DISMISS
IN SECURITIES CLASS ACTION

Plaintiff Richard Garza and Defendants Y. Marc Belton, Eugenio Clariond, John D, Correnti, Abbie J. Griffin, Michael N. Hammes, James Keyes, Southwood Morcott, Daniel Ustian and Mark T. Schwetschenau (the "Individual Defendants"), and Nominal Defendant Navistar International Corporation ("Navistar") hereby move this Court for entry of an Order staying this litigation pending decision on motions to dismiss in <u>Norfolk County Retirement System, et al. v. Daniel C. Ustian, et al.</u>, Civil Action No. 07-7014 (N.D. Ill.), and in support state as follows:

WHEREAS, on March 7, 2008, Plaintiff filed this action in this Court, asserting derivative claims on behalf of Nominal Defendant Navistar against the Individual Defendants for breaches of fiduciary duties and a purported class action for failure to set a shareholder meeting in accordance with Delaware law; and

WHEREAS, on May 8, 2008, Lead Plaintiffs Norfolk County Retirement System and Brockton Contributory Retirement System, filed a Consolidated Class Action Complaint in Norfolk County Retirement System, et al. v. Daniel C. Ustian, et al., Civil Action No. 07-7014, a purported class action asserting claims for securities fraud against Navistar, Daniel C. Ustian, Robert C. Lannert, Mark T. Schwetschenau and Deloitte & Touche LLP, which was assigned to Judge Robert W. Gettleman; and

WHEREAS a briefing schedule for the motion to dismiss has been set in the Norfolk action requiring motions to dismiss to be filed by July 7, 2008; and

WHEREAS the purported securities class action involves similar factual issues to those raised by the Complaint in this matter; and

WHEREAS the parties have agreed that until such time as the motions to dismiss in the Norfolk action are decided, all matters in this case, including defendants' answer and all discovery, should be stayed.

THEREFORE, the parties by and through undersigned counsel, hereby stipulate that the Court enter an Order as follows:

1.     This case is stayed pending the disposition of any motions to dismiss to be filed in Norfolk County Retirement System, et al. v. Ustian, et al., Civil Action No. 07-7014 (N.D. Ill. filed Dec. 13, 2007).

2.     At such time as the motions to dismiss in <u>Norfolk County Retirement System, et al. v. Ustian, et al.</u> are decided, the parties shall have fourteen (14) days to submit a joint status update and, if necessary, a joint proposed order setting forth a schedule in this action.

SO ORDERED.

Dated:
    **July 1, 2008**

/s/_____
JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

/s/Sean M. Berkowitz
One of the Attorneys for Defendants Y. Marc Belton, Eugenio Clariond, John D, Correnti, Abbie J. Griffin, Michael N. Hammes, James Keyes, Southwood Morcott, Daniel Ustian and Nominal Defendant Navistar

| | |
|---|---|
| Laurence H. Levine<br>LAURENCE H. LEVINE LAW OFFICES<br>190 South LaSalle Street, Suite 3120<br>Chicago, Illinois 60603<br>Phone: (312) 291-7000<br>Fax: (312) 291-7015 | Sean M. Berkowitz<br>Cary R. Perlman<br>Mark S. Mester<br>Robin M. Hulshizer<br>Matthew L. Kutcher<br>Catherine K. Dick<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Phone: (312) 876-7700<br>Fax: (312) 993-9767 |
| /s/ Mark King | /s/Patrick S. Coffey |
| One of the Attorneys for Plaintiff | Attorney for Mark T. Schwetschenau |
| David B. Kahn<br>Mark King<br>Debra Miller<br>DAVID B. KAHN & ASSOCIATES, LTD.<br>One Northfield Plaza, Suite 100<br>Northfield, Illinois 60093<br>Telephone: (847) 501-5083<br>Facsimile: (847) 501-5086 | Patrick S. Coffey<br>Timothy M. Maggio<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Phone: (312) 443-0700<br>Fax: (312) 896-6702 |